No. 69095.—Cal. Floral Mfg. Company *v.* United States, protest 64/3249 (Los Angeles).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of rice paper similar in all material respects to that the subject of *Floral Arts Studios et al.* v. *United States* (49 Cust. Ct. 43, C.D. 2359), the claim of the plaintiff was sustained.

No. 69096.—Brunn & Bertheim *v.* United States, protests 61/8427 and 61/5966 (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of Abstract 58565, except that the merchandise there was in chief value of feathers whereas that involved herein is in chief value of material the same as the artificial stems the subject of *Allied Display Materials, Inc.* v. *United States* (46 Cust. Ct. 192, C.D. 2255), the claim of the plaintiff was sustained.